# UNITED STATES DISTRICT COURT

Ava Gordon ) Case No. _____
    Plaintiff )
  ) Hon. _____
-vs-

 
Federal Bureau of Investigation )
    Defendant )


I.    NATURE OF ACTION

Plaintiff is bringing this original action before the Court and is seeking financial compensation in the amount of $27.5 million dollars.
In support of that request, the Plaintiff asserts as follows:


II.    JURISDICTION

The Federal Bureau of Investigation slandered me in the state of North Dakota, therefore, the Plaintiff believes that a North Dakota court has jurisdiction.


III.    FACTS


In 1998, the FBI issued a warrant (#986448VA7) stating that I was using the name, "Bonnie Carter" (DOB:8/6/64 in Pennsylvania), as an alias. Note that "Bonnie" is the name of a Black stripper who my ex-husband, Mark Carter aka Calin Nicolae Popa (DOB:5/13/64 in Romania) was committing adultery with while I lived in North Dakota. For years, the FBI repeatedly lied to me and denied the existence of any negative information about me despite the fact that a man named Phillip F. Rust from Allstate Insurance and some deputies, Officers R. Stewart and J. Randall of the Siskiyou County Sheriff, accused me of using the alias "Bonnie Carter" as far back as 2000. As a matter of fact, when I contacted the FBI about the accusations, a female FBI agent told me that "the police lie all of the time and tell people that they have aliases as an excuse to harass them". I had difficulty finding jobs and I could not even open up a bank account. Employers who did a background check had been told not to hire me because there was a "warrant" out for my arrest, yet they were told not to tell me the reason why I was not being hired. At one company, named Al's Atomic Pick U Part in Dallas, TX, the staff even spit at me from across the counter and donned U.S. Air Force hats after doing a background check. Note that Calin Popa had served in the U.S. military at Castle AFB, Atwater CA and was also an auxiliary NYPD officer. In 2005, a Marshal named Rebecca Smith showed me the actual FBI warrant and had my fingerprints compared to those on the FBI warrant. Naturally, they were not my fingerprints. They in fact belonged to "Bonnie", Mark Carter's mistress. Smith then told me to "Keep my mouth shut about the warrant". Evidently the FBI was trying to hide their dirty work and interfere with my life while they were laughing behind the scenes. I contacted the FBI at their Washington D.C. Headquarters about the warrant anyhow. The FBI then had the audacity to charge me a "name clearance" fee to clear my name  The FBI in conjunction with Allstate Insurance also tried to implicate me in an insurance fraud scheme cooked up by my ex-husband, Calin Popa aka Mark Carter. In 2000, years prior to finding out about the warrant, a man from Allstate Insurance company named Phillip F. Rust contacted me in Arizona and said he had questions about an insurance claim that my ex-husband had filed regarding the house in North Dakota. Note that I was already divorced from Mark Carter by this time and had left North Dakota two years earlier. Rust claimed that the house in North Dakota had been vandalized and even showed me pictures of damage that my ex-husband claimed had been done to the house along with a list of items that he said were missing. I informed Rust that the only "vandal" was my ex-husband who had tried to claim damages that were there when the house was first purchased (such as missing spindles on the staircase banister) and damages that Calin Popa himself had inflicted upon the house with a circular saw. The items that Popa claimed were "missing" (such as a wedding dress) were in his parents, James Carter aka Florin Popa and Josephine Carter aka Josefina Popa possession. Any other items, he stole himself, along with my two dogs before he threatened to burn the house down with me in it for the insurance money. Rust insinuated that I had something to do with this insurance fraud scheme. Note that Conrad Rostvet, the previous owner, told us that the house had been vandalized 5 years before I purchased the property. As a matter of fact, Rostvet already reported the same exact damages to the house in his own insurance claim years earlier. I even showed Rust a list of serial numbers off of the equipment that was purchased during the marriage in order for him to compare it to items that Mark Carter was still in possession of. While I was in North Dakota Calin Popa aka Mark Carter informed me that he "could be hit by a bus tomorrow" and did not believe in saving money because the U.S. Government had told him that he could become a millionaire overnight. Meanwhile, he was busy emptying the bank account with his Black stripper, Bonnie. When I contacted the main headquarters of Allstate, they mentioned something bizarre about Mark Carter and a Black female shooting guns off on the property in North Dakota. I emphasized that I had never shot any guns off on the property and that they had the wrong person. Note that, because Mark Carter threatened to burn down the North Dakota house while I still lived in it in 1998, I had contacted a man named Pat Stocking from Allstate Insurance and told him about Calin Popa's plans for insurance fraud. Stocking dismissed what I had to say and told me the house had "blanket" coverage. I then called the North Dakota Electrical Board to inspect the house since Mark Carter had decided to play around with the wiring. He had placed old, broken computer equipment around the house that he had purchased at a UND auction and said that "if there was a fire, no one would be able to tell the difference between new computers and broken ones". The inspector, Tim Bohlman, asked me if my husband was trying to kill me and told me that I had 60 days to leave the house because it was too unsafe to live in. I left North Dakota and moved to Arizona. The state I had planned, for years, to buy another home in. On every occasion that I contacted the FBI, they deliberately lied to me about the existence of the warrant. For years, I was turned down for both jobs and credit while this FBI warrant was "in play" behind my back.  I was also harassed by a number of government lowlifes who knew about Calin Popa's antics well in advance and were trying to frame me for adultery and drug use. I also believe that these sexual switch-hitters were at the same time also trying to cover up for the Jewish mongrel bulldyke that raped me in the school system years ago. Some of these government fiends included Dick Haroldson (a bisexual addict from Adams,ND), Amy Chally (a black bisexual whore from Adams, ND), and Geraldean Samuelson (a mongrel bisexual scumbag from Adams, ND). Haroldson even came all the way to Michigan and ran into me with his motorcycle in October of 2007. The Federal and State governments did nothing to help me against these predators.

1

IV.     ARGUMENT

The Federal Bureau of Investigation has sent numerous agents to try to frame me for prostitution, homosexuality, drug use, adultery, and theft over the years as a result of my refusal to lick government pussy in a New York elementary school years ago Note that I was raped in June of 1978 by a Jewish mongrel bulldyke named Jody Anne Gonzalez whose mother Priscilla Gonzalez worked as the school secretary of SPS 31 in Bronx, NY. Jody's father, Frank Gonzalez, was a school principal. My ex-husband; Calin Popa aka Mark Carter, was just one of many pieces of government trash sent to infiltrate my life and cause me misery. Agents have tried to push drugs on me, rape me, slander me, stalk me, chisel into me, and even murder me. I have been harassed at both schools and jobs for years after an FBI background check has been done. The FBI is nothing more than a criminal organization that recruits retards, ex-convicts, addicts, gangsters, whores, and perverts to do their dirty work. I have a right to choose who I let into my life and who I want to work for. There is no law in the Universe that says I have to screw government trash or work for government pigs. Just for the record, it should be noted that the federal government even sent a bulldyke to feel up my own grandmother, Ruby Franklin, in the state of Virginia in the 1940's. As I recall Virginia is a stomping ground for the FBI. When my grandmother refused to become a lesbian lowlife, she was then raped by a foaming bloodsucker. This is the same tactic that the Feds used on me. It is truly tiring to have to point out the obvious every year. The Federal government has harassed me for years and I believe that the FBI was well aware of the fact that the fingerprints on their warrant did not belong to me. Note also that I had been living in the same location in North Dakota for years while the FBI pretended they could not find me. When I left North Dakota, I not only applied for hundreds of jobs, but I also showed my U.S. Passport and ten other pieces of identification as proof of citizenship. Instead of contacting me, the FBI sat there lurking in the shadows while trying to ruin my life. During the many times that I contacted them, they pretended that they did not know what I was talking about with regard to both the "alias" and my difficulty opening a bank account. I have had excellent credit all of my life because I paid off all of my student loans and never carried a balance on any credit cards. There was no excuse for me to be barred from opening a bank account. I was also rejected from jobs that I know that I should have gotten. What kinds of games are the FBI trying to play? I am not a lesbian, a whore, a drug addict, a vandal, or a thief.

V.      CONCLUSION AND RELIEF REQUESTED

My employment opportunities, my reputation, and my retirement were ruined by the FBIs lies and slander. I have been harassed from coast to coast by agents who are trying to push their sick agenda on me. The FBI warrant was just a culmination in their efforts to try to destroy my life. The FBI is a crime syndicate that thrives off of the destruction of everything that is Pure and Good in this world. The sleaze that runs the FBI is jealous of people who are not perverts, addicts, gold-diggers, or desperados. They don't want to go to Hell by themselves, they want to drag Good people along with them. The Federal government deserves to be sued and I want $27.5 million dollars.

APPENDIX

The following are some of the other cases that I wish to file with regard to harassment over the years :

Ever since I was raped by a Jewish mixed race bulldyke named Jody Anne Gonzalez in a New York elementary school years ago, I have been harassed by deranged lesbians, switch-hitting whores and their accomplices from coast to coast. I have NEVER been a homosexual, a bisexual, or a prostitute, therefore, I believe that the U.S. government was trying to CHANGE me into one in an effort to cover up for their school system predator. My reputation, career, credit, and even my retirement were ruined by these lying perverted nutjobs. I have been robbed, raped, shot at, slandered, run over, poisoned and knifed. The US government has tried, but failed, to entrap me with drugs and nudity (they even sent a whore to my job to rip my shirt open). They have also tried to frame me for burglary, vandalism, credit card fraud, insurance fraud, adultery, and identity theft (they actually gave my identity to one of their government strippers and then issued a bogus FBI warrant in my name stating that I was using HER name as an alias?!?). I was even accused of second-degree murder when I was the one who was attacked. I am tired of the U.S. governments efforts to cover up for their arrogant queer so they deserve to be sued. I just want the U.S. government to be held accountable for their evil.

Brief Summary (Michigan Case)

On May 25, 2009 I was accused of murdering my own father. Although he looked fine the last time that I saw him, I have been locked up, drugged up, and denied a trial. Note that before he attacked me my father told me that "a lot of fathers marry their daughters in royal families" and I said to him "we are not royal". He then became angry at me and tried to kill me. I am not mentally ill and I have never shown any signs of being mentally ill throughout my life, yet I was called "paranoid" after I reported being harassed by government informants when an FBI warrant (#986448VA7) was issued in my name with someone else's fingerprints on it. The fingerprints on the warrant belonged to my ex-Air Force husband's black stripper mistress, Bonnie. A black female marshal named Rebecca Smith showed me the warrant and took me to the precinct where she **repeatedly** ran my fingerprints through the FBI database in a desperate attempt to find some derogatory information and, naturally, found that there was no match. Note that I am not a criminal and have never been a criminal. The bogus warrant had stated that I was using Bonnies name as an "alias". In other words, the government was trying to claim that my U.S. military veteran husband, Calin Popa aka Mark Carter, was out with me when he was actually in another town with his floozy. It seems obvious that the government was trying to cover up for their thieving, cheating airman while destroying my employment and credit for years. After I was arrested in Michigan, a black female psychiatrist named Dr. Hudson Collins at Wayne County Jail in Detroit later laughed and called me "delusional" when I told her a government lowlife named Dick Haroldson even came all the way to Michigan from Adams, North Dakota to run me over with his motorcycle in October of 2007. Note that North Dakota is where I was stalked by perverts from Grand Forks Air Force base while my veteran husband was out blatantly committing adultery and draining the bank account. When I politely said I did not see anything amusing about it, Collins denied laughing and yelled for a chemical restraint. I was then held down by a group of deputies and given **FOUR** injections every day for months. After I refused to bend to the demands of a Jewish female court appointed attorney when I insisted upon going to trial, I was then labelled "Incompetent to Stand Trial" for not "cooperating" with her. Note that I would never have chosen a Jewish female attorney because I was RAPED by a Jewish mixed race female named Jody Anne Gonzalez in a New York elementary school years ago. I am still being forced to take medication and I want to put a stop to it. Psychotropic drugs have interfered with my cognition, my cardiovascular system, caused nerve damage, muscular atrophy, high blood sugar and weight gain. I was told that my father died of "blunt force trauma to the head" despite the fact that he was standing on his own when I ran to get help. I certainly did not hit him over the head. I know for a fact that I am fully competent to stand trial and always have been from the very beginning of this ordeal. I want the chance to clear my name. My father attacked ME and I did nothing but try to defend myself. I thought I had a constitutional right to a trial. I have been waiting 16 years to go to trial.

Brief Summary (JBCU):

I would like to file a lawsuit against the New York Board of Education, the Gonzalez family and Cornell University. I am suing because I have been harassed repeatedly and slandered by individuals who are trying to cover up for the perverted daughter of a school employee. I was raped by a Jewish mixed race bisexual

2

named Jody Anne Gonzalez when I attended SPS 31 in Bronx, New York years ago. Her mother, Priscilla Gonzalez, was school secretary at the time of the assault and I believe that she used her job to portray me in a negative light. After I complained about Jody trying to feel me up in the restroom, I was targeted by a teacher at the school named Richard Polloso. I believe that Frank and Priscilla Gonzalez spread lies about me to their connections in the government, inclusive of the New York Police Department, with the aim of trying to "smear" my good reputation so that I would look like a pervert and drug addict like Gonzalez. I have been harassed at other schools, my places of employment, and at my home by perverts, drug pushers, and thugs making reference to the school system. Lesbians who actually worked for the school system harassed me, not only at Halsted School in Yonkers NY, but also at Cornell University in Ithaca NY. One of the Jewish lesbian teachers they sent even told me that I "should try to eat gefilte fish". When I refused the advances of these pink clad perverts, they were so vile that they suggested that I should be "raped". Cornell University even tried to force me to room with Jody Gonzalez, the same predator that attacked me years earlier! When I complained about the arrangement, the school then tried to set me up on dates with other perverts. A Black dean named Janice Turner even tried to force me to date her Jewish lesbian secretary named Beverly. I mistakenly thought that they would leave me alone after they realized that I was not a homosexual, but I was wrong. I have been slandered, assaulted, robbed, raped, shot at, and stalked by lowlifes making reference to the school system. I have had to quit jobs and even move from my home. When I applied for jobs in corporate America, sorority skanks like Diane Powers of Morgan Stanley referenced Cornell and hissed that the "seven sisters colleges were the same as the Ivy League. Note that one of my roommates at Cornell was named DIANA POWER! I could not even go to a remote state like North Dakota without being stalked by repulsive bisexual perverts like Amy Chally and Geraldean Samuelson making reference to the school system. I could not even apply for a library card in Texas without a lesbian from New York like Melissa Dease showing up to harass me. Unbelievably, a drug addict named Dara Cole even accosted me in the Ozarks to ask me if I had ever heard of a "Jewish-Puerto Rican named Jody before" and demanded to know why I won't return to Cornell to "Make lotion for women's faces." ?!? It is obvious that the conniving snakes have totally lost their minds. I was even poisoned and raped by a Black-Russian immigrant named Alexei Zadvinskii of Hackensack, NJ after I turned down a date with a fireman named Michael O' Sullivan and four other NYPD officers. Zadvinskii even badgered me about why I would not return to "Cornell" when I had never met the man ever before in my entire life. I am not a lesbian and I am not a whore and I do not appreciate when perverts try to force their sick values upon me. I should not have to remind Americans that the freedom to choose one's own partner, friends, and career are considered to be inalienable rights in this country. I don't want Jody's kind of "friendship" and I have never wanted her friendship. I am suing because I have been harassed repeatedly and slandered by individuals who are trying to cover up for Jody. Clearly, I have no choice but to file this lawsuit since I have been stalked from coast to coast by these degenerates

**Brief Summary (DH):**

I would like to file a lawsuit against Amy Chally, Dick Haroldson, and Geraldean Samuelson of Adams, North Dakota. The reason that I would like to sue them is not only because these individuals stalked and harassed me in North Dakota, but also because Dick "Woody" Haroldson had the audacity to come all the way to Michigan to run into me with his motorcycle in October 2007. These lowlifes were trying to play some type of "connivance game" to cover up for the theft and adultery committed by my then husband, Calin Popa aka Mark Carter, a U.S. military veteran and auxiliary NYPD Officer. Note that Mark Carter had threatened to burn down the house in North Dakota with me in it in order to commit insurance fraud and kill me off. It is not surprising that government endorsed semi-truck drivers like Samuelson and her husband harassed me when Calin Popa aka Mark Carter had also been a trucker for the U.S. Air Force. I found it to be particularly insulting that such degenerates would harass me in North Dakota when the reason I had left New York in the first place was to get away from such scum. Just to make things clear, I do not ride motorcycles, I am not a trucker, I do not use illegal drugs, I do not work for the government, I am not a swinger, I am not a lesbian, and I am not a whore. I have nothing in common with Chally, Haroldson, or Samuelson. The perverts begged me for help with their computer then tried to get me nude in their hot tub, tried to get me to use drugs, and tried to climb into my pants. Note that Samuelson even got on her knees and told me that she was crippled in order to con me into helping her. Samuelson, who turned out to be a gold-digging lesbian, even called me a "goody two shoes" because I had no interest in her or her friends. Samuelson also had the nerve to laugh in my face and tell me that she "could pull the strip out of ANYTHING". Clearly, the lowlifes were trying to set me up to look like an adulterer like their friend Calin Popa aka Mark Carter. To make matters worse, Samuelson and Chally called me so much that I had to stop answering my telephone. The stalkers even left notes in my door threatening to break in when I was trying to avoid them. Clearly, Chally, Haroldson, and Samuelson were trying to "create some dirt" on me so that I would not have much leverage in divorce court against their friend Mark Carter. I am not a haughty person by any means, but there is a limit to the amount of sleaze that I can stomach. For years, I worked hard, saved my money, and avoided drugs all in hopes to someday have a home in the country. I made an error by letting a crook like Mark Carter con his way into my personal life and my wallet, but it is not my job to keep repeating the same mistake and allowing more garbage into my life. I should not have to remind Americans that the freedom to choose one's own partner, friends, and career are considered to be inalienable rights in this country. I don't want their kind of "friendship" and I have never wanted their friendship. I am suing because I have been stalked, harassed, and slandered by these individuals.

**Brief Summary (NYPD):**

I would like to file a lawsuit against the New York Fire Department, the New York Police Department, and one of their informants, Alexei Zadvinskii. I am suing because I have been harassed repeatedly and slandered by individuals who are trying to cover up for the perverted daughter of a former school employee. I was molested by a Jewish mixed race lesbian named Jody Anne Gonzalez when I attended SPS 31 in Bronx, New York years ago. Her mother, Priscilla Gonzalez, was school secretary at the time of the assault and I believe that she used her job to portray me in a negative light. After I complained about Jody trying to feel me up in the restroom, I was targeted by an Italian teacher at the school named Richard Polloso I believe that Frank and Priscilla Gonzalez spread lies about me to their connections in the government, inclusive of the New York Police Department, with the aim of trying to "smear" my good reputation so that I would look like a pervert and drug addict like Gonzalez. I have been harassed at other schools, my places of employment, and at my home by perverts, drug pushers, and thugs making reference to the school system. I believe that most of these hooligans were not only trying to retaliate against me for rejecting Gonzalez but were also trying to frame me with drugs and nudity. When I refused the advances of these lowlifes, they were so vile that they suggested that I should be "raped". I was then attacked by a pervert named Paul Sookdar and an NYPD officer named Joe Fazio. A few months after Fazio attacked me, a prostitute named Marcy Walden tried to rip my blouse off in public. I believe that the U.S. Government was trying to find some way to blackmail me so that I would keep my mouth shut about Gonzalez. On the night of 7/5/2001 I was even poisoned and raped by a Black-Russian immigrant named Alexei Zadvinskii of Hackensack, NJ after I turned down a date with a fireman named Michael O' Sullivan and four other NYPD officers. An NYPD van even tried to run me over when I was at Coney Island a few days prior. After the van tried to run me over, two NYPD officers, followed me up to the subway train platform and started kissing one another right next to me. When I refused to pay them any attention, the female officer hit me in the face with her hair. I believe they were trying to entrap me into looking like a bisexual or a prostitute. When their efforts failed, they tried to goad me into a fight. I would not be surprised if they were just itching for an excuse to shoot me. A few days later, two male NYPD officers came up to me and demanded to know if I "Had something against the Finest and the Bravest"??? I have been slandered, assaulted, robbed, raped, shot at, and stalked by lowlifes making reference to the school system. I have had to quit jobs and even move from my home. I could not even go to a remote state like North Dakota without being stalked by repulsive perverts like Amy Chally and Geraldean Samuelson making reference to the school system. Note that Samuelson and her husband were semi-truck drivers that delivered to New York. Unbelievably, a drug addict named Dara Cole even accosted me in the Ozarks to ask me if I had ever heard of a "Jewish-Puerto Rican named Jody before" and demanded to know why I won't return to Cornell to "Make lotion for women's faces." ?!? Note that Alexei Zadvinskii even badgered me about why I would not return to "Cornell" when I had never him before in my entire life. I could not even apply for a library card in the state of Texas without a lesbian from New York like Melissa Dease showing up to harass me. The "New York Connection" is quite prevalent throughout this case. I have been harassed by both male and female police officers and informants for years making reference to Gonzalez and I am tired of it. I doubt that the NYPD genuinely believed that I was a lesbian, instead, it is obvious that they sought to try to turn me into one in order to cover up for their cronies in the school system. NYPD officers have hated me for years and I would not be surprised if they had something to do with the false FBI warrant that was filed in my name with my ex-husbands mistress' fingerprints on it. Incidentally, I found out that my adulterous ex-husband, Calin Popa aka Mark Carter, also happened to be an auxiliary NYPD officer. It is not my job to appease perverts or glorify the school system. The New York Police Department played a role in this harassment and they should pay for it.

3

DOCUMENTATION

1978-1983
-Frank, Priscilla, and Jody Anne Gonzalez (now known as Jody Werner of PA) – Home: 779 Concourse Village, Bronx, NY – Frank was a Black Caribbean (Puerto Rican) school principal who was married to Priscilla, the Jewish school secretary. In June of 1978, their mixed race daughter, Jody, molested me in elementary school at SPS 31 located on 144th Street and Grand Concourse in the Bronx. Jody crawled under the bathroom stall door while I was sitting on the toilet and tried to lick my vagina. She then tried to force my head down to lick her vagina. Note that Jody had a mustache, big breasts, a big butt, and pubic hair. And I know that she had pubic hair because she tried to shove her vagina in my face. Although Jody and I were the same age and I was not sexually developed at the time, I was mentally mature enough to try to avoid animals like Gonzalez. I could not even go to the restroom in peace because Jody would try to follow me there. The school system could not possibly hide the fact that the mustachioed predator was gay, therefore, they launched a campaign to smear my reputation. After I "outed" their daughter as a sexual deviant, Priscilla Gonzalez used her connections in the government, inclusive of the New York Police Department, to try to paint me as a pervert also. They made efforts to cover up for Gonzalez by telling people that I was a lesbian myself and even told people that I had been friends with the bully when the truth is that I had never even said one word to her the whole time I was in school with her. Priscillas lies were also spread throughout the school system and to other government agencies because I have been harassed for years by thugs, perverts and drug pushers making reference to Gonzalez.
-Richard Polloso - Italian teacher at SPS 31 in Bronx, NY who actually tried to force me to talk to Jody after she attacked me. Whenever I asked permission to go to the restroom, Jody would jump up and try to follow me so I would go sit back down. Polloso then ridiculed me and enlisted the rest of the lowlifes in class to harass me because I did not want anything to do with Jody.
-Carolyn Russo – Italian principal of SPS31 who ignored my complaint about Jody Gonzalez at the school. I believe that Russo, Polloso, and the Gonzalez family colluded together to try to cover up for her perversion. The school system must have been dreadfully afraid that I would file a sexual harassment lawsuit.
-Mugged at butcher knife point by a gang of Black Caribbean (Puerto Rican) women.
-Doug Kaufman – Jewish male who attacked me at Halsted School in Yonkers, NY. Note that I had never said one word to him.
-Laverne Hicks – Black female with a big scar on her face who tried to beat me up at Halsted School. She came up to me one day and said she "wanted to fight me" and hit me. I had never said one word to her prior to the incident.
-Francoise Castellanos – Her father is a Black Caribbean (Cuban) Urologist and her mother is French. The mixed race bisexual approached me at Halsted School and tried to date me. When I refused to become a lesbian, she became furious and started crawling all over a Black male from my school bus named Kevin Rock. She later showed up at Cornell University in Ithaca, NY just like Gonzalez.
-Melanie Englander – White female drug dealer at Halsted who tried to force me to use drugs. She sold Cocaine, Marijuana, Heroin, Purple Mescaline, Shrooms, LSD Stamps, Angel Dust, Footballs, Pink Hearts, and Black Beauties. When I refused, she actually went so far as to cry in hopes that I would change my mind. I believe that she was trying to entrap me and, perhaps, even poison me.
-Jewish lesbian from the U.S. Army who abruptly showed up to teach Physical Education at Halsted. She tried to force me to eat gefilte fish and tried to feel me up. I believe Priscilla Gonzalez lied and told her cronies on the Board of Education that I was a lesbian in efforts to cover up for her daughter. Evidently, her lies were spread to both public and private schools. I left Halsted.
-Dr. Neen Hunt- Jewish principal of Calhoun School who tried to FORCE me to baby sit her son Evan. She and a Jewish female named Rachel Issacs also demanded that I baby sit for her friends' children and teach unruly students.
-Camille Tsao- Taiwanese female at Calhoun School who tried to force me to speak to her. She blabbed on and on about how she wanted to go to an Ivy League school and work for INTERPOL. After she broke her arm she finally stopped speaking to me and had an attitude toward me as if I had something to do with her injury.
1984-1985
-Jody Anne Gonzalez – AGAIN- Cornell University in Ithaca, NY actually tried to FORCE me to room with Gonzalez, the same lesbian predator that molested me in elementary school! Gonzalez again tried to make sexual overtures toward me and I continued to ignore her. She wore pink sweaters all the time and even sent me notes on pink stationery written in red ink. She also smoked dope and ran around the room naked. One day Gonzalez and one of her sex partners assaulted me. Cornell still refused to let me move to another room. She then stole my jewelry and sent her sleazy sorority friends to harass me. I have been harassed by women making reference to Gonzalez for years now.
-Tom Neils – White male Physicist and Chemistry TA at Cornell University who badgered me about *Future* weapons developments for the U.S. government. This might sound ludicrous but the clowns in the U.S. government thought that I could do something called "Remote View". The U.S. government believed that my SOUL could leave my body and travel to the future to find out what weapons were there and then travel back to the present to tell the Defense Department how to build them. I have been harassed by numerous government agents over the years who also believed in such phenomena such as Paul Sookdar, Geraldean Samuelson, and Calin Popa aka Mark Carter ( the U.S. Air Force stooge who conned me into marriage) Although I did not date Neils, a number of individuals later made reference to him. A porno addicted male with a similar name, Tom Neilson, even showed up in Arizona and tried to date me years later.
-Camille Lee- Yet another Asian female named "Camille", but this time at Cornell. She also tried to force me to talk to her about "dream travel" and "multiple dimensions" just like the other U.S. government stooges at the school.
-Stephanie Vullo – Black-Italian mixed race bisexual who was affiliated with the media (NY Daily News). She harassed me at Cornell and tried to FORCE me to talk to her and a Jewish male named Jeff Meyers. Vullo repeatedly yelled "People have orgasms while licking my pu**y" and said she felt everyone was looking at her breasts. She also showed me photos of her boyfriend David's penis with a Band-Aid on it, while laughing about how she gave him an infection. She also blabbed on and on about her work at the abortion hospital at Cornell as if she were trying to "confess" her sins to me. She now works at NYU.
-Janice Turner – Black dean at Cornell University who yapped about Virginia and told me that "No one cares how intelligent a student is because it is all about WHO you know, not what you know". Turner was furious that I would not speak to Jody Gonzalez and tried to set me up on a date with her old Jewish lesbian secretary named Beverly. I left the school because it was obvious that Cornell was a part of the school systems effort to try to cover up for Gonzalez' perversion.
1986-1989
-Ronald, Hermina, and Paul Sookdar – Place of Birth: Trinidad, NY Address: 238th Street and Broadway Bronx NY – Paul is of East Indian ancestry and born in the Caribbean (Trinidad) with a skin disease. He conned me into paying his rent by telling me that he had a fight with his father and that he and his pets would be homeless if I did not help him. He made references to "dream travel" just like the individuals had done at Cornell and kept asking me if an "invisible silver cord was attached to my *soul* each time it left my body"??? He even tried to get me to teach him math. Note that he and his mother also tried to dress me up in pink and leather clothing and made references to "Mary Magdalene". These perverted government cult freaks turned out to be Freemason/Templar Trash who specialized in trying to turn innocent people into whores. Paul Sookdar is affiliated with the U.S. Navy Underwater Demolition team and his mother, Hermina Sookdar, worked at the Veterans Administration Hospital in the Bronx and supplied him with every drug imaginable. His father, Ronald Sookdar, who also tried to pick me up for a date, worked for Long Island University (LIU) and the City of New York. Ronald and Paul lied to me about a 3.9 GPA scholarship at LIU and cost me thousands of dollars. Paul also tried to rape me when I was a virgin and then laughed. The predator claimed that he had heard that I had been with a lot of men??? Note that I had never even held hands with anyone! It is obvious that I was slandered. Just because I am not a lesbian does not mean that I am a whore.
-Joe Fazio –Italian NYPD officer at Deke's range on Fordham road in Bronx, NY. He came up behind me and ripped my pants down, then tried to jam his penis in me. He spread preposterous lies after the incident and told people that I was attracted to police officers and Italians. Fazio later tried to hit me with his car on 231st Street and Broadway. Note that Fazio repeatedly mentioned the school system before he attacked me and even went so far as to look through my textbooks.
-Marcy Walden – A few months after I was attacked by Fazio, I answered a classified ad in the Village Voice for a bartender at a place called "Salax" located on east 41st Street (between 5th and Park) in Manhattan. About a week after I got the job, a bisexual prostitute named Walden showed up and ripped my shirt open in front of a crippled elderly Jew who said his name was Simon Wiesenthal. The old man even showed me a newspaper article that he claimed was about himself. Note that

4

Walden even tried to get me to change MY name to Simon. Walden had loudly stated, repeatedly, that she loved having sex with Black men, therefore, I did not suspect that she was a switch-hitter (or a pimp) until she grabbed me. It turned out that Salax was a front for a prostitution and drug ring despite the fact that its Village Voice classified ad had said "NO NUDITY". My belt and shoes were also stolen, therefore, it might also have been part of a fencing ring. The alleged owners of Salax were a husband and wife team, the woman's name was Devon. Note that when I had asked why no men were being hired as bartenders, I was told that "Men steal too much". I, therefore, did not suspect that the place was a brothel. It should also be mentioned that Walden also claimed to have juvenile diabetes and told me that she only had six months to live. She also said that she had graduated from Montclair State University and lived in Belleville, NJ with her mother. I believe that she was sent to try to destroy my reputation and to try to turn me into a whore. As a law abiding citizen, I still find it hard to believe that the media is allowed to promote such debauchery. Although I only worked at Salax briefly, I keep hearing references to it.

-Al Bandero and his sleazy wife of Clear Channel radio station Z100 – Italian husband and wife media team that accosted me and tried to force me to use drugs. When I refused to use cocaine or date the Black singer (Stevie B) that they were sponsoring, they got angry. I have NEVER used drugs before in my entire life and it is my belief that they were trying to entrap me. The media has harassed me repeatedly.

-Prof. Filonowicz – Jewish male faculty member at LIU who repeatedly asked me if I wanted a "Cuban Sandwich" and then burst into laughter. He later lied about me being enrolled in one of his classes. Note that he had also attended Columbia University. The same school Jody Gonzalez attended after she left Cornell. She sexually harassed someone there also.

-Rueben Hernandez – He is of Black Caribbean (Puerto Rican) descent and was affiliated with the U.S. Army. He conned me into being vice-president of the computer science group and tried to play matchmaker with me and some of its bloodsucking members. The ONLY reason that I was at LIU is because Ronald and Paul Sookdar lied to me and told me that I would have free tuition after the first year.

-Fred Farhardi – Saudi Arabian chairman of the media arts department at LIU who, suddenly, tried to pick me up for a date despite that fact that he had seen me in the computer department for years.

-Loni Ray – Gruesome Black immigrant male who managed to get me alone and then tried to feel me up. Note that the rude Black school bus driver at Halsted School in Yonkers, NY was also named Loni.

-Faye Hutchinson and Marie France – Hutchinson is a Black Caribbean (Haitian) and France is a White French-Canadian female from Quebec. The two lesbians not only tried to dress me up in pink clothing, but they also became furious when I would not date their Black Caribbean friend. As a matter of fact, France kept mewling that she "adored Black men" and referred to them as "Chocolat". They also laughingly called themselves "Banditos" and stole my belongings just like Jody Gonzalez had done at Cornell.

-Jeff Meyers – AGAIN – Home: Huntington Station, Long Island. This is the same Jewish male who approached me at Cornell. He told me that he was crippled and desperately needed a place to stay for two weeks while he was "finishing a contract" in the city. Although I already had a job, I was polite enough to help him because he said he was in such pain he could not stand on a ladder. He also asked me to teach him how to use a computer. Meyers yammered on and on about he idolized a Black musician named John Coltrane, the Mets, and how he had over 100 cats. He also blabbed about how he considered himself to be a connoisseur of English beers and how he would only eat freshly ground pepper. Meyers hung up a 5 foot flag for "Bass Ale" in my living room and refused to leave. I found out that he was a drug dealer who actually sold gallon sized Ziploc bags of marijuana. Many people have made references to Jeff, therefore, I am assuming that he lied and said that I not only had sex with him, but also said that I used drugs. Note that I had made it quite clear that I was not interested in him at Cornell and he denied that he was looking to be in a relationship.

1990-1994

-Calin Nicolae Popa aka Mark Carter –Place of Birth: Bucharest, Rumania on 5/13/64, NY Address: 2235 Wallace Ave Bronx, NY- Penniless Rumanian immigrant who conned me into marriage by telling me his mother Josefina Popa was dying of liver disease and wanted to see him married before she died. After I told him that I was not interested, he even got into a fetal position on the floor and threatened suicide in order to con me into the arrangement. I later found out that he pulled such antics all the time. He had even threatened suicide at the U.S. Armed Forces recruiting office in Times Square before he enlisted. He told them that he was tired of cleaning toilets at Woolworth's and wanted to be sent to Turkey to die. Unfortunately, I agreed to help him. Although I had planned to leave New York, Mark Carter begged me to stay and help him find a job in corporate America. At the time I made more money than Mark Carter who was just busy horsing around at the LIU. He and Rueben Hernandez even busted a giant hole in the wall while they were "playing" in the hallway. Mark Carter claimed to have a GED but I would not be surprised if that was also one of his many lies since he could not even read a computer manual. The con-artist drained me of money throughout the fake marriage while he was trying to live like a big shot in the slums. He collected cars while I rode to work on the disgusting filthy rat infested subway every morning in order to save money. While I pinched pennies so that I would not have to retire in an urban cesspool, the pompous ass went so far as to announce that he was "Royalty" and say "Someone's got to dig the ditches, and it shouldn't be him". After I arrived in North Dakota, the bloodsucker robbed me of tens of thousands of dollars and yelled "You should have known better than to share a bank account with me!". He added that he could be "hit by a bus tomorrow so he did not believe in saving money". He informed me that the U.S. government had told him that the "streets of America were paved with gold" and that he could become a "millionaire overnight". It turns out that he was also busy committing adultery with a Black stripper named "Bonnie Carter" of Pennsylvania and throwing around money at a club called "Sinsations". As an interesting side note, Paul Sookdar's ex-girlfriend was also named "Bonnie". Popa also mentioned opening up a fake orphanage for Rumanian children and keeping the money for himself. He threatened to burn down the house for the insurance money and started shooting a gun around the house. Mark Carter also sicced his U.S. military and NYPD friends on me. I got a divorce as soon as possible. Note that he had previously served in both the U.S. Army and the U.S. Air force at Castle AFB in Atwater, CA. He was also an auxiliary NYPD officer. In an attempt to punish me for ridding my life of such vermin, a false FBI warrant was filed in MY name with his mistress "Bonnie'" fingerprints on it. I believe that it was done deliberately in an attempt to cover up for his adultery and ruin my employment. His parents Florin and Josefina Popa (who I later found out had Hepatitis) also changed their names to James and Josephine Carter. Much like many others on this lawsuit, Calin Popa was born on the 13th and told me "13" was his lucky number.

-Prof. Jane Werner – New member of the faculty at LIU who came from Cornell. She tried to set me up on dates with a Black Caribbean (Puerto Rican) lesbian who claimed to be a U.S. Army Sergeant and a male Malaysian who claimed to be some type of royalty. Note also that Jody Gonzalez's new married name is Jody Werner of Pennsylvania.

-Melanie Rosensweig, Florence Mandeville, Dawn Miller- Belligerent females at Microcomputer Publishing Company in Manhattan, NY who were dating NYPD officers. They threatened me and made nasty comments about "Children who don't love their mothers". Dawn Miller actually assaulted me and Mandeville, a Black female, even brought her mother into work with her. A Black Brazilian female also harassed me.

-Jane Moore– College: Villanova University, Home: Summit, NJ - White bisexual who worked for the media via Harper's Bazaar magazine and constantly yapped about the Seven Sisters colleges. She tried to get me to use drugs and tried to pick me up for a date. I did not suspect that she was a lesbian at first because she kept commenting on how much she admired Black men. Note that she also told me that she was a "virgin" and I believe that she was either trying to ridicule the fact that I was molested by Jody Gonzalez when I was a virgin or the fact that I had informed the hospital at Cornell that I had never had sex before when I went to ask for a hysterectomy.

-Diane Powers – Belligerent White female who yaps about her sorority sisters constantly at Morgan Stanley in Manhattan, NY. She kept repeating over and over again that the Seven Sister's colleges were just like the "Ivy League". She was so nasty that I quit my job there. Note that one of my roommates at Cornell University years earlier was named Diana Power. This is one of many contrived jobs in the Securities and Insurance industry that I was offered where they believed that I could predict what products were good to underwrite and what areas were safe to insure.

-Barbara J. Carr- White female affiliated with the media industry who became nasty to me a few months after I started working at Carr and Associates. She accused me of being pregnant for some strange reason and made references to Jeff Meyers of Cornell. Carr kept telling me that "radiation" from computer monitors is harmful to unborn babies and, oddly, put a giant image of a Bass Ale bottle sitting in a pool of water on my screen. Recall that Meyers had hung up a Bass Ale banner in my home. Note that I was never pregnant and I never even held Meyers hand.

5

-**Tina Salandra** -Italian female at Covenant House in Manhattan, NY who told me one day that I would be "in for a lot of trouble" if I did not return to Cornell despite my exemplary work. She also tried to set me up with a Black Caribbean (Puerto Rican) lesbian named Wanda Ellin and an Italian female named Daria Scala. Although the women kept asking me if I "wanted some pie for lunch", I did not initially realize they were lesbians. Evidently, they thought that if they could turn me into a pervert like Jody Gonzalez, then perhaps I would return to Cornell. This is one of many examples of lesbians trying to intimidate me at my places of employment in hopes that I would quit my job and be left with no other option than to return to college. It irked them that I had acquired computer skills independent of the school system and could find employment.

-**Gene Shokat** – Although I was hired by New York University to work in the computer department, the other people who they hired were so nasty that I could not stand to work with them. Oddly, the school was eager to give me free tuition despite the fact that I said I was not interested. Note that I later found out that Stephanie Vullo from Cornell also had a job at NYU.

-**Steve and Sveka** of "A Matter of Fax" in New York City – Two Hasidic Jews who begged me to show them how to create a newspaper with their computer and then did not pay me. Instead Steve tried to pick me up for a date.

-**Mike and Teresa Cirio** – Italian husband and wife team of a computer consulting company called Comtex Systems at 40 Broad Street in Manhattan, NY. They tried to set me up on dates with a married Italian pervert named Joe Tavolacci and a Black Caribbean (Puerto Rican) lesbian. Oddly, a Black female kept harassing me about signing up for a program called "Well Baby Care", despite the fact that I said I was not interested in ever having children.

-**Vicki Rausch** – White female married to a Black Caribbean (Cuban) male named Luis Pons. She tried to set me up on a date with a Black Prince Hall Freemason named Preston. I quit the job.

-**Albanian gangmembers**, suddenly, began standing outside my building and tried to pick me up for a date on my way home from work. When I refused to talk to them, they called me a "lesbian". They later threw a brick through the window of my apartment and broke in and stole my belongings. Note that they were well aware of the fact that I was married to Mark Carter at the time and that I do not know any Albanians. It looks like they were trying to "scare" me into becoming a prostitute or an adulterer by calling me a lesbian. This is yet another instance of the *gangstalking* that has been perpetrated against me ever since I reported Gonzalez. Over the years I have been harassed by a slew of fake "gangsters" whose goal was to not only attack me, but also to inform me that I do not "appreciate" America as much as they do. Some of the multi-racial motorcycle riding trash that harassed me even told me that they had attended private school. Just to make things clear, I do not know any gangs and have never been a member of one.

1995-1998

-**Gary "Snorkie" Norquist** – White male who works for Nodak Electric. As soon as he turned on the power to the house, Norquist, came by each day to tell me that I should call him if I need any "milk". I had no idea what he was insinuating until he announced that he would provide sperm for me since Mark Carter "must not have any lead in his pencil" because I don't have any children.

-A week after I moved onto the property in June of 1995, two males from Grand Forks AFB sat parked outside of my home in a Black Jeep Cherokee.

-**Dick "Woody" Haroldson** – White male drug dealer from Adams, ND who was belligerent to me in 1995 yet tried to pick me up for a date three years later, in 1998, as if I had forgotten what a terrible person he is. Note that the psychopath was dating Amy Chally and Geraldean Samuelson, two mixed race lowlifes who also lived in Adams. In October of 2007, Haroldson even ran into me with his motorcycle.

-**Tim "Mr. Chow Dog"** – White male who came to my house uninvited. He kept asking me if I was "sleepy" for some strange reason and tried to con me into letting him stay the night. He must have been trying to frame me for adultery since Mark Carter was actually out committing adultery with a Black female named "Bonnie" and spending up my savings.

-A carload of Blacks drove up onto the property and asked me for a "donation". Note that I lived in the middle of nowhere and the only Blacks within a 100 mile radius came from Grand Forks AFB.

-**Roberta Thrugstad** – Adams, ND - She actually called me out of the blue on May 13, 1998, Mark Carter's 34th birthday, and drove me to a Masonic Temple.

-**Amy Chally and Geraldean Samuelson** – Adams, ND - The two of them are mixed race bisexual perverts who stalked me in North Dakota. Samuelson, whom I had never met before told me that she was crippled and that her computer was about to crash. It was just a ploy to get me to her house since her computer showed no sign of crashing. She then tried to con me into teaching her Microsoft Word. I found out later that Samuelson not only knew Mark Carter, but that she was also aware that he was sleeping with "Bonnie". Obviously she was trying to play some "connivance game" so that I would look like an adulterer also. Hilariously, she tried to set me up with a bunch of lowlifes, including Jerry Samuelson, a walrus named David "The Bohemian Jew, a clown named Jesse, and Dick Haroldson, the same arrogant junkie who harassed me three years earlier. The motorcycle riding sleazebags did nothing but yap about "private school" and how "backwards and stupid" they thought farmers were. Samuelson even -boasted- about how she had "screwed" everyone in Sturgis, South Dakota, which is really amazing since she looks like Ernest Borgnine. Samuelson even ripped off all of her clothes in front of me and got mad because I would not get naked in her hot tub. Prior to her debauchery, she snarled that she could "Pull the Strip out of Anything". She even added that "Everyone" had seen HER naked before. I would not be surprised if the lesbian had cameras set up at her filthy trailer to film the incident. The two bisexual lowlifes tried to get me to use drugs and tried to get me nude despite the fact that I said quite clearly that I was still legally married and not a swinger. Note that Samuelson even lit up dozens of candles around me and started burning incense while chanting in front of a chalice. She even snarled that I was a "Goody two shoes" when I refused to take my clothing off. Samuelson was so desperate to further her pitiful agenda that she actually straddled my leg and tried to kiss me. The degenerates stalked me at my home and by telephone because I refused to play their perverted childish games. Note also that Samuelson also tried to FORCE me to buy her Peterbilt semi-truck for $100,000 and get me to work for some *front* company called "High Plains Trading Post". Note that Calin Popa aka Mark Carter was a trucker for the U.S. Air Force before he showed up at LIU. Samuelson continued too harass me and eventually let loose about Mark Carter and "Bonnie". The nut even made references to "dream travel" like the individuals at Cornell and accused me of sending my "soul" to have sex with her while she was sleeping. She claimed that she could not stop thinking about me day and night. Although I informed the woman that I was not gay and had no interest in her or her lowlife friends, she still continued to harass me even though I told her to stop calling me and leaving notes in my door. She was trying hard to make it look like she knew me on a personal basis. The only reason that I had tried to be polite to her to begin with, was because she blabbed on and on about being crippled. She even told me that part of her butt had been taken off and put on her leg because her foot had been ripped off. I found out that Samuelson is crippled because she was so drunk that she ran over herself with her own truck. Note that Samuelson and her husband, Jerry, were interstate truckers who shipped to New York. Samuelson says she was born in May like Mark Carter and Jody Gonzalez and also tells people that "13" is her lucky number.

-**Lowell and Lynn Thorson** – Adams, ND - They begged me for help with their computer and then when I got to their house, Lynn tried to get me to sleep with her husband Lowell. I believe that she was fully aware of the fact that Mark Carter was out committing adultery with a Black female named "Bonnie", therefore, it is obvious that she was also trying to play some "connivance game" just like Samuelson had done.

-5 laughing Grand Forks Air Force Base clowns in a Black military helicopter in my front yard. Note that Carter even stole my two dogs in hopes that I would not be able to tell if he or his cronies were on the property at night. I left North Dakota.

-**Barry S. Johnson** –Black male who hired me to be a programmer at PCS Health Systems in Scottsdale, AZ then tried to date me. He stalked me at my home and by telephone. He called so much that I had to change my telephone number. Note that he was married.

-**Greenwood Cemetery** – After I was hired, a lesbian showed up to harass me. This is yet another example of government perverts showing up to harass me after I have shown my passport. I believe that they were trying to get me to quit my job.

-**Exxon/Circle K in Glendale, AZ** – After I was hired by a White male manager named Jerry, he was fired the next day and replaced with an older White male named David Cook. In efforts to try to get me to quit, Cook brought in a Puerto Rican lesbian to harass me and then tried to get me to work double shifts. Note that the Hispanic security guard at the store actually stole my wallet on camera and handed it off to a gang of laughing females in the parking lot. When I did not quit, Cook claimed that money was missing and tried to blame me despite the fact that there were multiple cameras pointing in my direction. When I demanded to see the video tape, I was told that it was too "fuzzy" to see anything. Since the store refused to admit that they had the money, I reported them to the Glendale Police Department.

-**Shot at by three Hispanic males in a white pickup truck in Phoenix, AZ.**

6

1999-2000

-**Tom Neilson** – The U.S. government and their school system friends must have thought it would be amusing to send up someone with a similar name as Tom Neils, the U.S. government affiliated physicist who tried to date me at Cornell University. The angry pervert looked at pornos all day and tried to pick me up for a date despite visibly hating my guts.

-**Al Green** – Sleazy mixed race pervert with a pet parrot in Phoenix, AZ who hired me to do demolition work and then did not pay me. Instead, he whipped out his penis and waved it at me.

-**Josephus Watson** – Drug addicted Black ex-convict who begged me for food and then spread lies about me. He told people that I had sex with him despite the fact that I don't even know him. He also sent up a crack addict named Stacy to harass me. Later, Watson grabbed my throat.

-**Philip F. Rust** – White male from Allstate Insurance company who accused me of using the name "Bonnie Carter" as an alias. He also accused me of participating in some insurance fraud scheme that had been cooked up by Mark Carter in North Dakota. Rust tried to get me to come to his private home rather than a public location, so I contacted Allstate directly to explain to them that I had nothing to do with such shenanigans. I even sent them a list of serial numbers from the equipment that Mark Carter claimed was stolen so that they could see that he and his parents were in possession of them. Note that I had called Pat Stocking of Allstate prior to leaving North Dakota in 1998 to tell him of Carter's plans for insurance fraud and he just dismissed me. I informed Allstate that Carter not only robbed me but also looted the house and threatened to burn it down with me in it for the insurance money. Although the house was already a wreck when the acreage was purchased and had already been condemned, Carter made the place worse. He also made a number of trips to the house to steal everything of value and then dumped a bunch of broken computers he had purchased from an auction at UND around the house. He said that if there was a fire, no one would be able to tell the difference between new computers and old broken ones. Carter then started playing with the wiring to the house and said he could make the fire look like an accident. I, then, contacted the North Dakota Electrical Board for an inspection and they asked me if my "husband was trying to kill me". The power was then shutdown to the house. Note that the seller, Conrad Rostvet, had claimed that vandals had broken in before I even purchased the property. Note also that an insurance claim had also been filed at that time by Rostvet. Carter also claimed that my wedding dress had been stolen when his mother had had the dress since the wedding in 1990. Note also that Allstate told me that "Mark Carter and a Black woman had been seen shooting guns off on the property in North Dakota" and they asked if I was "the Black woman" that was with him. I informed Allstate that I have NEVER shot any guns off on the property and that they had the wrong person. I then contacted the FBI and was told that they had no file on me. This is one of many lies that were told to me by the FBI, since I found out later that a FBI warrant existed in my name with "Bonnie Carter's" fingerprints on it stating that I was using the name "Bonnie" as an alias.

-**Ramakrishareddy Peddireddy** – East Indian con-artist who told me that he was about to be deported and begged me to help him. He was furious when I refused to sign sponsorship papers or let him touch me. I believe Peddireddy was sent to try to make it look like I wasn't harassed by their other pervert of East Indian ancestry, Paul Sookdar, years ago. Note that both of them even look alike.

-**Officer R. Stewart** – He and his partner Officer J. Randall harassed me in Mt. Shasta, CA and tried to claim that I had an alias. After I told them I was going to contact the FBI about their accusations, they got mad. They then told me that I could not use my valid Greyhound bus ticket and forced me to "Go Walk on the Road" (Highway 5). After I contacted the FBI, a female agent told me that Stewart was a liar and that the "Police lie all the time and tell people they have an alias as an excuse to harass them". Ironically, I found out years later that the FBI had been the ones who were lying. I believe that they were trying to "hide" their lies from me so that I would find no explanation as to why I was being denied jobs and credit. It seems to be a clandestine form of blacklisting that is being used by the U.S. government to punish innocent people.

2001-2002

-**Jason Truscio** – An Italian chef, formerly of the Rainbow Room, who tried to set me up with a French Chef named John at Mooza Restaurant in NY. When I refused to date John, he sent a Black Caribbean male to rub his penis against my butt. I quit the job. Note that the classified ad was in the Village Voice, much like Salax years ago. I believe that he was trying to turn me into a prostitute.

-**Richie Ramirez** – A Black Caribbean (Puerto Rican) male who was working with Truscio and then said he was starting his own catering company. He conned me into teaching him how to use a software program and then did not pay me.

-**Buona Italia** – After answering an ad in the Village Voice for a restaurant job, the Italian manager of this establishment and his secretaries tried to pick me up for a date. Oddly, he also told me that I "care about looks too much" and made a point of showing me that he used the same "Mediterranean Sea Salt" that Truscio used at Mooza Restaurant.

-**Continental Personnel** – Employment agency in midtown New York where an Italian personnel agent named John sent me to be harassed by two White lesbian cooks and a Black Caribbean (Puerto Rican) lesbian at Trevor Day School in Manhattan. Evidently, Frank and Priscilla Gonzalez must have spread the lie that I was friends their lesbian daughter, Jody, at a federal, state, and local level to both public and private schools. Note that this is not the first time that someone has tried to set me up on a date with a Puerto Rican lesbian. Not counting Richard Polloso with Jody Gonzalez at SPS 31, there was Jane Werner at LIU, Tina Salandra at Covenant House, Mike Cirio at Comtex Systems and David Cook at Exxon.

-**American Broadcasting Company** in New York City - A White male named Dwayne and his Black male partner harassed me.

-**Michael O'Sullivan** – Irish fireman who hated my guts at the Blarney Stone on 48th St and 8th Ave in New York yet suddenly tried to pick me up for a date anyhow. When I turned him down, he sicced his NYPD friends on me and I was repeatedly harassed by NYPD officers asking me if I "had something against the Finest and the Bravest" (police and firemen). I was then poisoned and raped by a mixed race immigrant named Alexei Zadvinskii from Hackensack, NJ. Recall that Calin Popa was also an auxiliary NYPD officer. The U.S. government must have hoped that I would be afraid to refuse a fireman or a police officer for a date in their ongoing efforts to try to make me look like a whore and a homosexual. I believe that Priscilla Gonzalez spread her lies long ago to the NYPD which is why I have had such a problem with them.

-**Light-skinned female police officer** and her boyfriend harassed me at the Mermaid-Neptune Parade on Coney Island. They first tried to hit me with the NYPD van and then started kissing one another right next to me. The female officer then whacked me in the face with her hair. I believe that they were trying to goad me into a fight with the intention of arresting me or even shooting me.

-**Alexei Zadvinskii** – Lived in Hackensack NJ; Worked at The Gold Group in Old Bridge NJ – After waiting on line outside of Webster Hall (125 E 11th St) to see a band on the night of 7/5/01, a Black male came out to inform me that the opening would be delayed for another hour. I walked down the block to a bar called Nevada Smith's so that I was able to sit down. Two blonde male bartenders stood there and laughed at me after I ordered a drink. When I returned to Webster Hall, Zadvinskii, a Black-Russian with bleached blonde hair, approached me after two blonde females pointed me out to him. After I started to feel the effects of the poison that had been put into my drink, I got up to leave Webster Hall. Note that I only had 1 and a half drinks the entire night. One drink at Nevada Smiths and a half of one at Webster Hall. Zadvinskii followed me out of Webster Hall and dragged me into his car. He drove me to his apartment and ripped my clothing off and raped me. After raping me, he tried to force a black and white striped sweater on me and demanded that I tell him his "Future"??? Despite having never met him before in my entire life, he also wanted to know why I would not return to Cornell??? Zadvinskii claimed to be born in St. Petersburg Russia and even mentioned that he had been "Starving to death in Russia and loved everything about the American government". Zadvinskii then made reference to the Samuelsons in Adams ND and said that he "knew that I liked hot tubs". Recall that in 1998, Samuelson became furious when I would not get naked in her hot tub in North Dakota. Note that I not only vomited and defecated profusely after I was poisoned, but I also blacked out repeatedly. The U.S. government and their media friends must have been hoping that I would choke on my own vomit or that Zadvinskii would kill me if I fought back. Note that Zadvinski claimed he did karate like Paul Sookdar and even waved a sword in my face. I believe that the U.S. government was not only trying to retaliate against me for not dating the fireman Michael O' Sullivan a few days prior, but they were also trying to downplay what Jody Gonzalez did to me when I was a child.

- **John Gaddis** – Gaddis called me and and offered me a job at Road and Rail in Melvindale, MI. After talking about his personal life for an hour, he grinned and told me that all I had to do was take a same day drug test at Concentra. Since he then seemed flabbergasted when I agreed to take the test, I believe that he had been lied to and told that I was a drug addict. Note that I have never used drugs before. Although I passed the drug test, when I showed up to check on the start date of the job,

7

Gaddis actually stood there laughing and wrapped his arms around a Black male and a Hispanic male. I believe that the whole job offer was a sham and that they were trying to turn me into a prostitute under the supposed "threat" of a drug test.. Evidently, they find it amusing to violate one's right to privacy with their pathetic games.
-"Flash" – Manager of Don's Watering Hole in Melvindale MI who told me that he was the leader of a multi-racial motorcycle gang called the "Highwaymen" and tried to date me. Note that the Samuelsons and Dick Haroldson of Adams, North Dakota were also masquerading around as motorcycle gang members. These U.S. government endorsed "gangsters" just spend their day acting out some "Hell's Angel's" stereotype from the movies while trying to frame innocent civilians with drugs and nudity. When they are trying to destroy your reputation, the members of these fake "biker gangs" tell people that they know you on a personal basis. I have nothing to do with such degenerates. As a matter of fact, the thought of it is so ridiculous it seems as if they are trying to test the gullibility of anyone who would believe such lies. Efforts to link me to Puerto Rican gangs, Italian gangs, Albanian gangs, Mexican gangs, and Jamaican gangs were just as ludicrous.
-Steve from Lake Hogan – Mixed race pervert who actually accosted me in a convenience store and started yelling, "If Greg Gordon were REALLY your father, then you would go out with me!". He was accompanied by two White females just like Zadvinskii was. The incident is on camera at the store.
-Brandon Chamberlain – (DOB: 1/22/80) He is a White male who showed up to harass me at a convenience store in Melvindale, MI. Chamberlain tried to get me to use drugs and even date him despite being fourteen years my junior. He even had the audacity to ask me about "Dream Travel" which is what Cornell asked me about years ago. I saw him receiving orders from a blonde White female who looked identical to the one seen with Geraldean Samuelson and Alexei Zadvinskii. The female then tried to hit me with her vehicle. I believe that they were hoping that they could get me on camera nude or using drugs in efforts to discredit me. They might have also been trying to instigate a fight so that they would have an excuse to shoot me.
-Black female came up laughing in my face on Allen Road in Melvindale MI while screaming "Oh..My Jesus!" over and over again.
2003-2004
-After I purchased my Greyhound bus ticket to Arkansas a month in advance, I was greeted by a bus full of Black females waving blue and white striped signs, key chains, and T-shirts with the word "Madonna" emblazoned on them. They also tried to set me up with an old Jewish man and then shoved a Mulatto baby onto my lap. A few of them even tried to stop me from leaving the bus.
-Tom and Chyral Lynn Brody-Little – Home: North of Mountain Home, AR – Mixed race couple that accosted me when I was getting water in Lake Norfork. Chyral claims to have attended an all women's college named Mills College in California and tried to get me to teach her how to use a computer.  She also tried to get me to wear pink clothing and, much like Chally and Samuelson, she also refers to rural folk as "blockheads". Chyral also lit up numerous candles and started chanting while waving incense. Note that Samuelson and Zadvinskii did the same thing. It should also be mentioned that Tom Little is a U.S. Army veteran.
-Shot at by two White males dressed in U.S. military garb north of Mountain Home, AR. I have my suspicions that the FEDS somehow conveniently "forgot" to inform their personnel about the fact that Mark Carter was the one who robbed me and cheated on me, not vice versa.
-Dara Cole – White bisexual female in Mountain Home, AR who tried to pick me up for a date. Cole even mentioned Jody Gonzalez and asked me why I won't return to Cornell and make "Lotion for Women's Faces".?!? When I said that I was not interested in doing any such thing and informed her that Gonzalez was a pervert who tried to feel me up in school, Cole put on an act of sobbing crocodile tears and began walking around with her naked breasts hanging out. Note that most of the women on this lawsuit tried to trick me into believing that they were heterosexuals by telling me that they had a boyfriend or a husband and then they sprung their lesbian behavior on me. I suspect that they were trying to entrap me into looking like a lesbian to try to cover up for Gonzalez.
-Audrey–White pregnant female in Mountain Home, AR who claimed that she was going to marry a fireman despite the fact he was not the one who impregnated her. She even called to tell me when her "water broke". I believe that she was trying to remind me of Michael O'Sullivan.
-Francine Williams – Old White female in Mountain Home, AR who became angry when I would not come with her to a bank???
-Patrina Smalls – Black Baptist who showed up after I registered at the Texas Workforce Commission (TWC) in Dallas, TX and laughed when a group of perverted Black U.S. military veterans harassed me.
-Jimmy of Rudolf Foods – Dallas, TX – Black male who stalked me and told me that he was a former FEDEX employee. I have plate #.
-Allen Burkins – Black drug dealer who tried to date me despite the fact that he said he was married to a pregnant female named Carolyn. He made references to Mark Carter and claimed to be selling Hawaiian Noni Juice as a cover for his drug sales. Note that he tried his best to imitate an Italian mobster and even tried to speak in an Italian accent while having fake Caribbean dreadlocks in his hair.
-Deborah Collins – Black Baptist lesbian who tried to dress me up in pink and became angry when I would not date her. She actually came up to me and pretended to sob. When I would not hug her, she burst into laughter. Later I saw her chanting over a glass vial of what looked like blood. She then poured the contents of the vial into my food and handed it to me. Collins is affiliated with Golden Gate Baptist Church in Dallas and works for Frito-Lay.
-Al's Atomic Pick U Part in Dallas, TX – After I filled out a job application, I was told to come back in a week to see if I was hired. When I returned to the place, a Hispanic man and a White man sneered at me and put on U.S. Air Force hats. One of them even spit across the counter at me. I suspected that the U.S. government had said something negative about me in the background check. I contacted the FBI again to see if anything was wrong and was told that everything was fine, once again. Recall that Mark Carter aka Calin Popa was a U.S. Air Force veteran.
-Light-skinned pregnant prostitute who looked just like Marcy Walden accosted me outside of the TWC with a laughing Hispanic male in tow. She asked me where the nearest hotel was so that they could have sex together. She even asked me if the two dogs that I was with were "SWEET" and then burst into laughter. Oddly, a number of lowlifes on this lawsuit have placed emphasis on the word "Sweet" around me.
-R. Cain – White male manager of the Second Avenue Thrift Store in Dallas, TX.- After I filled out an application for a job, he tried to run me over twice while driving a White compact car. He even snarled at me from behind the wheel. Note that many of the employees of his store are big Black females dressed up as ancient Egyptians.
-Steven Leard – Old White male who I caught riffling through my personal paperwork, including my divorce papers, with a flash light. Oddly, he also told me that he had been an unruly child and that Black Baptist women had "turned his life around". When I told him to stay away from me, my belongings were stolen. I have his license plate number and he claims to work at a window factory in Carrollton TX.
-Black pregnant psychopath wearing a striped sweater deliberately rubbed her stomach against me at the TWC. The incident should be on camera. Recall that Zadvinskii also put a striped sweater on me. I found out that "Stripes" signify punishments to Christians. Did the U.S. government think that I deserved to be punished for something? I can't imagine what for since I have not done anything wrong. I am actually the one who has been harassed all these years. Note that a number of other females hit their kids in front of me for no reason whatsoever and then started grinning at me. The women on this lawsuit seem to believe that they have the right to abuse children as much as they please.
- Two females with blonde hair tried to hit me on Martin Luther King Blvd in Dallas, TX while driving a red Pontiac Firebird car with Arizona plates (Although it is probably a rental car I got the license plate number anyway. Note that these women look identical to the ones with Samuelson, Zadvinskii, and Chamberlain. They even style their hair the same.
-Shot at by two Hispanic males and one Hispanic female on Second Avenue in Dallas, TX. They ran to a waiting White SUV. Note that numerous vehicles driven by Blacks and Hispanics tried to run me over, including a Dallas Area Rapid Transit bus driven by a Black female.
-Connell "Cornell" Daniels – Black pervert who boasted about being a "Freemason". He harassed me for sex while his wife sat in the car laughing. I believe they were trying to make me look like a prostitute or a mistress.
-Lance Armstrong – Black male who suddenly showed up to work at the TWC and tried to pick me up for a date.
-Sang Hoon Lee – Korean male who tried to pick me up for a date despite being married with two children. I believe that he was trying to make me look like a prostitute or a mistress also.
-A Black prostitute rammed into me and tried to knock me down on Second Avenue in Dallas, TX while wearing a black backpack that read "SWEET" in bright pink letters.

8

-**Shirley Hall** – Black female who suddenly showed up at the TWC to tell me that I "should have a baby for a welfare check". I suspect that the U.S. government did not plan on me finding a job any time soon after they spread so many lies behind my back. She also tried to get me to call Mark Carter to say "Hello" to make it look like he did not assault and rob me.

-**Melissa Dease** – White bisexual who showed up at the Dallas Public Library (Fair Park) after I applied for a card. She put on a bright pink sweater and came over to rub up against me. When I refused to date her, she made a big show of embracing a Black male and tried to run me over with a car that had an "I love New York" sticker on it. Recall that Francoise Castellanos and Marcy Walden also behaved the same way.

-**A Black prostitute who said her name was Carla** accosted me and tried to get me to work with her at the Jewish Home for the Aged in Dallas.

-**Cassandra Young** – Mulatto female who tried to set me up on a date with her husband. When I did not fall for her ploy to try to make me look like a prostitute or a mistress, she then offered me some loaves of bread with raw bacon strewn all over them.

-**Charles Taylor** – Black Baptist who claimed to be a pastor. He came up to me at the TWC a number of times and started yelling the name "TAYLOR!" into my face. When I did not respond, he started laughing and tried to stalk me. Note that the name means nothing to me.

-**Chris Moore** – White male who tried to pick me up for a date soon after he was hired by the TWC. He had been told that I was a baseball fan and stated that he was looking for a girlfriend who liked baseball. He then wiggled his buttocks at me. Recall that Jeff Meyers was also a baseball fanatic. Note that while Moore was trying to "entice" me, he spent his time dating all of the Black females in the office.

-**Two Black males** approached me on Second Avenue in Dallas, TX and started shouting, "He must have been lying about those PIPES!"

-**Rebecca Smith** – Black female marshal who showed me an FBI warrant dated from 1998 (#986448VA7) that had my name on it next to "Bonnie's" fingerprints. The warrant stated that I was using the name "Bonnie Carter" as an alias and that I was born in Pennsylvania on 8/6/64. Smith told me to hide my U.S. Passport and then lied and said that I had no identification on me. Note that I carry at least ten pieces of I.D. on me at all times, inclusive of my passport, birth certificate, bank card, library card, work ids, school id , and credit cards. Naturally, when my fingerprints were compared to the ones in the FBI database there was no match. Smith then told me to keep my mouth shut about the FBI warrant. I complained to the Washington office anyhow. The FBI then had the audacity to charge me a "name clearance" fee in order to clear my name. When I confronted the FBI about their lies, I was told that the "Police" were the ones who were responsible for initiating FBI warrants. Their lies were spread behind my back for years and they interfered with both my employment and credit.

-**Yet another female with bleached blonde hair** tried to run me over with her car on Outer Drive in Melvindale, MI. Note that she was escorted by a number of vehicles containing Blacks. (I have plate number)

2005-2009

-**"Andre"** – A Black male who I have never met before, yet was accused of dating. Each time I walked into the Melvindale Public Library, the staff stated "Your boyfriend Andre just left". Note that I have never met the individual.

-**Catherine Bowdich** – White bisexual in Melvindale, MI who tried to force me to talk to her. Since I have never had any female friends, I suspect that she was sent to make it look like I have some rapport with perverts.

-**Numerous Black males and females** (dressed in pink) tried to run me over with their cars in Melvindale, MI. When I contacted the Secretary of State with their plate numbers, I was told that there was no registration on file for them.

-**Dick "Woody" Haroldson** – AGAIN! – He ran into me with his motorcycle on Dix Avenue as I was leaving D&B Market in Lincoln Park, MI in the last week of October 2007. Haroldson was not even wearing his helmet, therefore, it was quite OBVIOUS that it was him.

-**Gregory Gordon** – Despite being steeped in debt, my father, a defense contractor for General Dynamics, suddenly received thousands of dollars worth of media stock in GIGAPIX and Vergeance Entertainment and went on a shopping spree. He then tried to climb into my pants and stated to me that "a lot of fathers marry their daughters in royal families. When I responded that we were "Not  Royal", he tried to MURDER me. Note also that I have been harassed by many members of the media over the years, including individuals from the Village Voice, Clear Channel, Harper's Bazaar, NPR and ABC television.

9